UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RANDOLPH DAYTON, | No.  2:24-cv-00850-DJC-SCR |
| Plaintiff, | |
| v. | ORDER |
| FAIRFIELD MOBILE HOME and RV PARK, LLC, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On February 27, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 46.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 27, 2026, are adopted in full;

1

2.  The Motion to Dismiss (ECF No. 40) filed by the Sheriff's Defendants is GRANTED IN PART:

    a.  Plaintiff is allowed leave to amend his Fourth Amendment and state law claims, but

    b. the Fourteenth Amendment claim is dismissed without further leave to amend.

3.  Plaintiff is granted 30 days to file a Third Amended Complaint.

4.  This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:    **March 31, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Dayt0850.801