UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD RANDOLPH DAYTON,

Plaintiff,

v.

FAIRFIELD MOBILE HOME and RV PARK, LLC, et al.,

Defendants.

No.  2:24-cv-00850-DJC-SCR

ORDER

Plaintiff is proceeding pro se and this matter is referred to the undersigned for pretrial proceedings pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  Plaintiff has filed a third amended complaint.  ECF No. 48.  Defendants Thomas Ferrara, Tyler Pierce, Ryan Bigarani, Charles Dehoney, and John Robertson have filed an Answer.  ECF No. 50.  Defendants Fairfield Mobile Home and RV Park LLC, Brandon Wiechec, Chris Triplett, and Monte Christo Communities (hereafter the "Fairfield Defendants") have filed a Notice of Settlement (ECF No. 54) and dispositional documents are due July 10, 2026 (ECF No. 53).  Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for Thursday, **August 6, 2026 at 11:00 a.m**., at the United States District Court, **to be convened over Zoom**.  The Court's courtroom

deputy will provide dial-in instructions approximately one week before the conference.

2. Not later than **July 23, 2026**, the remaining parties shall file a joint, or individual, status report(s) addressing the following matters:

    a. Service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and their scheduling;

    f. The report required by Federal Rule of Civil Procedure 26(f) outlining the proposed discovery plan and its schedule, including disclosure of expert witnesses;

    g. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

    h. Special procedures, if any;

    i. Estimated trial time;

    j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

    k. Whether the case is related to any other cases, including bankruptcy;

    l. Whether a settlement conference should be scheduled;

    m. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as a settlement judge and waiving disqualification by virtue of his so acting, or whether they prefer to have a settlement conference before another judge;

    n. Any other matters that may add to the just and expeditious disposition of this matter.

2. If the Fairfield Defendants have filed a stipulation of dismissal by July 10, 2026, they need not submit a status report or appear at the status conference.

////

////

////

2

4. Pursuant to the filing of the Notice of Settlement (ECF No. 54), the Fairfield Defendants' motion to dismiss (ECF No. 49) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED: June 23, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE